# LETTER OF AGREEMENT FOR OWNER'S REPRESENTATIVE

# PROJECT MANAGEMENT SERVICES

This letter will set forth the agreement ("Agreement") between Davis Buick - GMC, Inc., an Illinois Corporation ("Davis") and Scott A. Riddle Inc., ("Riddle"), a Michigan Corporation under which Davis retains Riddle to perform certain Project Management services as the Owner's Representative as further described below.

The Project (the term "Project" shall include the Facility and the Site) consists of: A) coordinating architectural and engineering services engaged by the Company for sealed and signed Construction Document package leading to: B) Owner's Representation for the Brand Image new construction/renovation of Davis (Buick - GMC) sales operation and service reception facility along with coordination of all ancillary furniture, fixtures, equipment and signage activity.

The responsibilities of Davis and Riddle are defined below.

Davis will provide all project finances and will manage all activities relating to the obtaining application of financing to the project.

Riddle agrees to provide the services set forth in the Agreement in consideration of the payment to Riddle, a fee of $35,000 covering twenty (20) months. Riddle agrees to put-at-risk the last month's payment should Davis not be satisfied with Riddle's project management services.

All savings in dollars gained through Riddle's, Owner's Representation of each project phase will remain with Davis. The Fee will be the only compensation owed to Riddle in connection with the performance of the services hereunder except for approved direct costs attributed to the project, Riddle warrants that it will not receive any compensation from any entity or third party involved in the planning or supplying of services and materials to the Project.

## Section 1 – Riddle, Owner's Representative Management Services

Riddle shall render the services defined below in the four phases: (1) Planning Phase; (2) Definition Phase; (3) Implementation Phase; and (4) Relocation Phase. While the Riddle Owner's Representative Managment Services may overlap to some degree, in general, the Planning Phase involves all design functions. The Definition Phase will include the preparation of Construction Documents and defining costs for the improvements. The Implementation Phase includes the construction/renovation of the facilities. The Relocation Phase includes the relocation of business operations.

### A.     Planning Phase

During the Planning Phase, Riddle shall provide the following services:

EXHIBIT
A

1. <u>Process Team and Facility Team</u>
   a. Assist Davis to establish the Facility Team (Riddle and Davis).
   b. Facilitate and interface between Facility Team through regular meetings, correspondence and assignments.
   c. Riddle along with other service suppliers engaged by the company will represent Davis to municipality for permits and necessary approvals.

2. <u>Project Requirements</u>
   a. Assist Davis to define and identify Project requirements, which shall include any building elements, amenities and fixtures needed to support Davis's business operations at the facility.
   b. Review Project Requirements in connection with their impact on the Facility structure, process, schedule, budget and anticipated future needs.
   c. Report on progress of Project Requirements to Davis with bi-weekly on-site project meetings.

3. <u>Preliminary Cost Projections</u>
   a. Regularly update costs projections during the planning process.
   b. Provide estimated cost projections to Davis as the project requirements are developed.

4. <u>Project Logistics</u>
   a. In conjunction with Davis establish overall Project logistics, including, but not limited to, the scheduling and identification of deadlines for key milestones in the Project.

5. <u>Project Schedule</u>
   Provide, at regular intervals, an updated timeline identifying the status of project logistics. Inform Davis of all schedule revisions. Target occupancy date of TBD for business operations to commence with Temporary or Final Certificate of Occupancy to follow upon final municipality approvals. The preliminary project schedule presently is:

   | | |
   |---|---|
   | a. Gensler Enrollment / As-Builds / On-site Consult./ DID | by 11.14.11 |
   | b. Planning / Programming / Construction Documents Phase | by 02.15.12 |
   | c. City of Canton Approvals – Permits | by 04.15.12 |
   | d. Site Development | by 05.30.12 |
   | e. Facility Construction | by 08.05.12 |
   | f. EBE Approval | by 08.05.12 |
   | g. Punch List | by 08.20.12 |

   * Note: The Project Schedule will be finalized when the Gensler DID process is complete. Davis's EBE facility timeline for milestone requirements will be met for maintaining "green" status.

6. <u>Preliminary Site Plans and Basic Facility Layouts</u>
   Riddle to work as Davis's representative with Davis's architect ("Architect") in the preparation of final preliminary plans of the Site and Facility ("Preliminary Plans") based on Project Requirements.

7. Contractors

Riddle to work in concert with successful bid contractors selected by Davis. Successful contractors will provide a site supervisor and contract all subcontractors / trade contractors to construct and complete the Project. Final selection of all subcontractors / trade contractors shall be made by Davis in collaboration with Riddle. Davis will hold an agreement with successful contractors and Davis shall pay any costs or fees associated with said agreement, as the case may be. The responsibility of Riddle will be to review all contractors and their bids and to prepare a summary report with recommendations to Davis. Riddle will also review and assist with processing Application for Payment from contractors and prime trades and suppliers.

## B. Definition Phase

During the Definition Phase, Riddle shall provide the following services:

1. Design Development
   a. Coordinate the design development work with Davis design professionals for the entire project. Design work to include considerations for:
      i. Workplace efficiencies
      ii. Equipment installation
      iii. Future growth and flexibility
      iv. Image and visual appearance
      v. Ensure General Motors EBE program approval for the project.

   b. Monitor development of design details of Davis's design professionals and review against the Project Requirements to determine effect of changes on the Preliminary Cost Estimates. Update project Requirements by incorporating proposed changes to design of Project.

   c. Consider with Davis's design professionals costs, construction feasibility, material availability, maintainability, energy efficiency, comfort conditions and other tangible and intangible benefits in the design development process.

2. Schedule
   a. Review design progress and impact of changes to project Requirements.
   b. Recommend to Davis options to adjust Project Schedule as required.
   c. Expand Project Schedule as periodically as more detail is identified.

## C. Implementation Phase

1. Management
   Establish an on-site Project administration and communication system including the following:

   a. Change order procedures and approval protocol.
   b. Schedule monitoring and updating procedures.
   c. Cost control budget reporting procedures.

       d. Materials procurement and inventory procedures.

2. <u>Construction</u>

    a. Conduct pre-construction meetings at job site with successful contractors to review Project Requirements, project Logistics, Project Schedule and other particulars.
    b. Establish bi-weekly schedule job site coordination meetings to discuss progress of the work, review changes, update material delivery status and design clarifications.
    c. Review procedures and activities to:
        i. Validate quality of construction, installation and systems integrity.
        ii. Fulfill design intent
        iii. Complete work in a timely fashion.
        iv. Implement cost-effective methods.
        v. Monitor current information and timely and accurately communicate information to all team members.
        vi. Ensure compliance of requirements for GM Design Image approval.
        vii. Review each draw request for accuracy before processing with Davis's Title Company and Lender. Riddle can be the distribution point for each monthly draw request.
    d. Review and Value Engineer building elements and image elements for cost reduction opportunities.

3. <u>Procurement</u>

    a. Review and assist Davis with procurement of equipment and major systems:
        i. Identify equipment suppliers that would be appropriate and effective for Davis.
        ii. Define work scope requirements and solicit proposals from qualified Contractors.
        iii. Solicit bids from pre-qualified Contractors and equipment vendors.
        iv. Coordinate the delivery of equipment with the context of the Project Schedule.

---

D. **Relocation Phase**

1. <u>Management</u>
Assist Davis with installation and power-up of installed systems.

2. <u>Move Coordination</u>
Assist Davis with the coordination of moving furniture, personnel, inventory and contents to the new location with the appropriate vendors under the constraints of the Project Schedule.
    a. Assist Davis to identify all assts to be reused or disposed.
    b. Assist Davis with the tagging procedure of all assets by Facility Team and aid in efficient relocation of furniture and equipment.
    c. Assist Davis with the selection and contracting of all relocation vendors.
    d. On-site supervision of asset movement during move period.

### Section 2 – Payment of Fee

1. <u>Compensation</u>

    a. Davis, until closing, as defined below, shall pay Riddle, the Riddle Owner's Representative Fees in accordance with the following schedule:

    > i. $1,500 at time of project inception / signing of agreement
    > ii. Remainder of fee to be paid in monthly installments of $1,500 for the first 10 total months then $2,000 for the remaining 10 months.
    > iii. Duration of project projected to be 20 total months.
    > iv. Riddle will put-at-risk, the last month payment of $2,000 if Davis is dissatisfied with Riddle's performance.

    b. At the end of each month, Riddle shall submit an invoice to Davis for the appropriate portion of the Riddle's Fees as set forth above. Davis shall pay said amount within seven (7) days of receipt of an invoice or otherwise be in default of this Agreement.

    c. If payment is not received within fifteen (15) days of receipt, Riddle will be entitled to an additional $100.00 per day until payment of the invoice is received.

    d. Should the project be completed prior to January 2013, Riddle will invoice for any balance of fee owed to closeout the agreement responsibilities of Riddle and Davis.

2. <u>Reimbursable Expenses</u>

    a. Reimbursable expenses are additional costs to be reimbursed to Riddle by Davis and include printing, courier expenses and other direct expenses incurred by Riddle and directly applicable to the Project. Davis must approve all expenses above $75.00 per occurrence prior to expenditure.

    b. Riddle will not apply a handling or administrative service charge to direct expenses. (0%)

    c. Travel, Gas, Lodging and Phone are **not** considered reimbursable expenses.

### Section 3 – Miscellaneous Provisions

1. <u>Default</u>

    In the event of a material breach of this Agreement by a party, the other party may terminate this Agreement upon thirty (30) day prior written notice, providing that the breach has not been cured within said thirty (30) day period, or where the breach is not capable of cure within said thirty (30) day period or within a reasonable extension thereof. In the event of such termination for default, the non-defaulting party may seek all remedies available under law or under this Agreement against the defaulting party and will no longer be required to perform the duties set forth in this Agreement. In the event of Riddle's uncured breach, Davis will only be liable to pay Riddle for services rendered to the time of proper termination by Davis. Davis will be liable for Riddle's attorney fees and court costs should Riddle not be in breach of the agreement.

2. Governing Law

This Agreement shall be governed by the law of Illinois. The parties hereby submit to the jurisdiction of the courts of the State of Illinois and to venue in the Circuit Court of the County where the Project is located.

3. Effects of Agreement

This Agreement shall constitute the entire Agreement between the contracting parties and no variance modification there of shall be valid and enforceable, except by supplemental agreement in writing, executed and approved in the same manner as this Agreement. This Agreement shall be binding upon and shall insure to the benefit of Davis and Riddle and their respective successors and assigns. This Agreement may be executed in counterparts, each of which shall be deemed an original but all of which together constitutes one and the same instrument. Davis shall not assign the Agreement without the prior written approval of Riddle.

Please signify your acceptance of the terms and conditions outlined in this Letter of Engagement by signing the enclosed copy of this letter in the space provided below and retuning it to the undersigned by mail or by fax at (248) 538 7877, whereupon this Agreement shall become binding upon both Davis Buick – GMC, Inc. and Scott A. Riddle, Inc.

Agreed and Accepted:

Davis Buick – GMC, Inc.

By: _____

Date: 6/8/11

Scott A. Riddle, Inc.

By: _____

Date: June 8, 2011